IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CAREY T DUNN et al., | * |
| Plaintiffs, | * |
| v. | Case No. 5:25-cv-00352-CAR-CHW |
| | * |
| SHERIFF MATTHEW MOULTON et al., | |
| | * |
| Defendants. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated September 3, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendants.

This 3rd day of September, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk